AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Johnson, Alan B. | **2. Court or Organization**<br><br>District Court - Wyoming | **3. Date of Report**<br><br>06/11/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge, U.S. Dist. Court | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>2120 Capitol Ave., Suite 2018<br>Cheyenne, WY 82003 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Advisory Board | Cheyenne Regional Medical Center, Home Health Services |
| 2. | Trustee | Trust #2, See Explanation and Description at Part VIII and Part VII |
| 3. | Trustee | Trust #3, See Explanation and Description at Part VIII and Part VII |
| 4. | Trustee | Trust #1, See Explanation and Description at Part VIII and Part VII |
| 5. | Member, Local Discussion Group | Young Men's Literary Club |
| 6. | Member, Advisory Board | The American Heritage Center of the University of Wyoming |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Wyoming Judicial Retirement - Monthly | $2,863.00 |
| 2. 2012 | State Employers Retirement - Monthly | $272.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Lockheed Martin Corp Master Retirement Trust - Monthly |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnson, Alan B.** | 06/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TRUST #1 | | | | | | | | | |
| 2.  - CHASE BANK ACCOUNT | A | Int./Div. | M | T | | | | | |
| 3.  - CHASE BANK ACCOUNT | A | Int./Div. | L | T | | | | | |
| 4.  CHASE INVESTMENT SERVICES MONEY MARKET ACCT. | A | Int./Div. | K | T | | | | | |
| 5.  TRUST #2 _____ REVOCABLE TRUST" | | | | | | | | | |
| 6.  - AMERICAN NATIONAL BANK | A | Interest | K | T | | | | | |
| 7.  - WELLS FARGO | A | Interest | J | T | | | | | |
| 8.  AMERICAN NATIONAL BANK - _____ ACCOUNT | A | Interest | L | T | | | | | |
| 9.  TRUST #3 _____ REV. TRUST | | | | | | | | | |
| 10.  - FIDELITY BROKERAGE ACCT. MONEY MARKET ACCT. | A | Int./Div. | J | T | | | | | |
| 11.  - BARCLAYS BANK PLC IPATH ETN 12-6-36 | | None | J | T | Buy | 01/23/12 | J | | |
| 12.  - BARCLAYS BANK PLC IPATH ETN 12-6-36 | | | | | Buy (add'l) | 11/19/12 | J | | |
| 13.  - CALAMOS GROWTH & INCOME CL A | A | Int./Div. | K | T | | | | | |
| 14.  - CALAMOS GROWTH & INCOME CL I | B | Int./Div. | K | T | Buy | 11/15/12 | J | | |
| 15.  - DODGE & COX INT'L STOCK | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 16.  - FIDELITY ADVISOR NEW INSIGHTS I | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 17.  - I SHARES TR S & P MODERATE ALLOC. FD | | None | | | Sold | 1/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IPATH DJ-UBS COMMOD IDX TR | A | Int./Div. | J | T | Buy | 1/18/12 | J | | |
| 19. JP MORGAN US RE CLASS A (X) | A | Int./Div. | J | T | | | | | |
| 20. - LOOMIS SAYLES BD INGTL | B | Int./Div. | K | T | Buy (add'l) | 11/15/12 | J | | |
| 21. - LOOMIS SAYLES BOND RETAIL SHARES | A | Int./Div. | J | T | Buy | 4/12/12 | J | | |
| 22. - LOOMIS SAYLES BOND RETAIL SHARES | | | | | Buy (add'l) | 7/12/12 | J | | |
| 23. - MERGER FUND | A | Int./Div. | K | T | Buy (add'l) | 1/20/12 | J | | |
| 24. - MERGER FUND | | | | | Buy (add'l) | 2/9/12 | J | | |
| 25. - MERGER FUND | | | | | Buy (add'l) | 4/19/12 | J | | |
| 26. - MERGER FUND | | | | | Buy (add'l) | 7/12/12 | J | | |
| 27. - MERGER FUND | | | | | Buy (add'l) | 9/27/12 | J | | |
| 28. - MERGER FUND | | | | | Buy (add'l) | 12/12/12 | J | | |
| 29. - PIMCO ALL ASSET All AUTHORITY INST CL | B | Int./Div. | K | T | Buy | 12/12/12 | J | | |
| 30. - PIMCO ALL ASSET AUTHORITY CL D | C | Int./Div. | J | T | Buy | 3/9/12 | J | | |
| 31. - PIMCO ALL ASSET AUTHORITY CL D | | | | | Buy (add'l) | 4/12/12 | J | | |
| 32. - PIMCO ALL ASSET AUTHORITY CL D | | | | | Buy (add'l) | 6/7/12 | J | | |
| 33. - PIMCO TOTAL RETURN ADMIN SHS | A | Int./Div. | K | T | Buy | 4/12/12 | J | | |
| 34. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 4/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 5/3/12 | J | | |
| 36. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 7/12/12 | J | | |
| 37. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 8/2/12 | J | | |
| 38. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 8/2/12 | J | | |
| 39. - PIMCO TOTAL RETURN ADMIN SHS | | | | | Buy (add'l) | 9/13/12 | J | | |
| 40. -PIMCO EMERG MKTS CURRENCY | A | Int./Div. | K | T | Buy | 4/11/12 | K | | |
| 41. - PIMCO EMERG MKTS CURRENCY | A | Int./Div. | J | T | Buy | 6/21/12 | J | | |
| 42. - PIMCO REAL RETURN BOND INSTL (IX) | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 43. - PIMCO TOT RET INSTL | C | Int./Div. | L | T | Buy | 12/12/12 | J | | |
| 44. - SPRTN TOTAL MKT INDEX INVESTOR CLASS | A | Int./Div. | | | Sold (part) | 4/11/12 | J | A | |
| 45. - SPRTN TOTAL MKT INDEX INVESTOR CLASS | | | | | Sold | 11/14/12 | K | B | |
| 46. - VANGUARD ALL-WLD EX-US | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 47. - VANGUARD INDEX FDS VANGUARD REIT ETF | B | Int./Div. | J | T | Sold (part) | 11/14/12 | J | A | |
| 48. - VANGUARD UTILITIES ETF (IX) | A | Int./Div. | K | T | Buy | 1/24/12 | J | | |
| 49. - VANGUARD UTILITIES ETF (IX) | | | | | Buy (add'l) | 5/7/12 | J | | |
| 50. - VANGUARD UTILITIES ETF (IX) | | | | | Buy (add'l) | 9/10/12 | J | | |
| 51. - VANGUARD UTILITIES ETF (IX) | | | | | Buy (add'l) | 11/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - VANGUARD MSCI EMERGING | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 53. - VANGUARD GLOBAL REAL | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 54. - GATEWAY FUND | B | Int./Div. | K | T | Buy | 1/19/12 | J | | |
| 55. - GATEWAY FUND | | | | | Buy (add'l) | 2/9/12 | J | | |
| 56. - GATEWAY FUND | | | | | Buy (add'l) | 3/9/12 | J | | |
| 57. - GATEWAY FUND | | | | | Buy (add'l) | 5/3/12 | J | | |
| 58. - GATEWAY FUND | | | | | Buy (add'l) | 7/12/12 | J | | |
| 59. - GATEWAY FUND | | | | | Buy (add'l) | 11/15/12 | J | | |
| 60. - MATTHEWS ASIA DIVIDEND | A | Int./Div. | J | T | Buy | 7/25/12 | J | | |
| 61. - MATTHEWS ASIA DIVIDEND | | | | | Buy (add'l) | 7/26/12 | J | | |
| 62. - MATTHEWS ASIA DIVIDEND | | | | | Buy (add'l) | 12/12/12 | J | | |
| 63. - POWERSHARES DB COMMODITY INDEX | A | Int./Div. | | | Sold | 1/18/12 | J | A | |
| 64. - PWRSHRS RAFI US 1000 | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 65. - PWRSHRS RAFI US 1500 | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 66. NEW YORK LIFE INS WHOLE LIFE | C | Int./Div. | M | T | | | | | |
| 67. WYOMING DEFERRED COMP | | | | | | | | | |
| 68. - OPPENHEIMER GLOBAL | D | Int./Div. | L | T | Redeemed (part) | 11/15/12 | J | | RETIREMENT DIST. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - T ROWE PRICE NEW HORIZON | E | Int./Div. | M | T | Redeemed (part) | 11/15/12 | J | | RETIREMENT DIST. |
| 70.  - ARTISAN MID CAP FUND | E | Int./Div. | M | T | Redeemed (part) | 11/15/12 | J | | RETIREMENT DIST. |
| 71.  WYOMING STATE RET. SYSTEM BEN. ACCT (X) | A | Int./Div. | J | T | | | | | RETIREMENT DIST. |
| 72.  XCEL ENERGY ▒▒▒ SHS | B | Int./Div. | K | T | | | | | |
| 73.  AXA EQUITABLE LIFE INS COMPANY | A | Interest | J | W | | | | | |
| 74.  UNITED STATES AUTO ASSOC. | A | Interest | J | W | | | | | |
| 75.  TRUST #4 - ▒▒▒▒▒ | | | | | | | | | |
| 76.  - BARCLAYS BANK PLCD IPATH ETN (X) | A | Int./Div. | J | T | Buy | 5/1/12 | J | | |
| 77.  - DODGE & COX INTERNATL STOCK FUND | A | Int./Div. | J | T | Buy | 1/5/12 | J | | |
| 78.  - AMERICAN CAPITAL WORLD GRWTH & INC | B | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |
| 79.  - AMERICAN NEW WORLD CLASS F1 | B | Int./Div. | J | T | | | | | |
| 80.  - BRIDGEWAY ULTRA SMALL CO MARKET | B | Int./Div. | J | T | | | | | |
| 81.  - CALAMOS GROWTH & INCOME CL A | A | Int./Div. | J | T | Buy | 1/20/12 | J | | |
| 82.  - CALAMOS GROWTH & INCOME CL A | | | | | Buy (add'l) | 9/6/12 | J | | |
| 83.  - CALAMOS GROWTH & INCOME CL I | A | Int./Div. | K | T | | | | | |
| 84.  - COHEN $ STEERS INTL REALTY INC CL A (X) | A | Int./Div. | J | T | | | | | |
| 85.  - FIDELITY ADVISOR NEW INSIGHTS CL I | B | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIDELITY CASH CLEARING ACCOUNT (X) | A | Interest | J | T | | | | | |
| 87. - FIDELITY CORE ACCOUNT | A | Interest | J | T | | | | | |
| 88. - GATEWAY FUND CLASS A | A | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |
| 89. - GATEWAY FUND CLASS A | | | | | Sold (part) | 8/22/12 | J | A | |
| 90. - GATEWAY FUND CLASS Y | A | Int./Div. | K | T | | | | | |
| 91. - IPATH DJ-UBS COMMOD IDX TR | A | Int./Div. | | | Sold | 5/4/12 | J | A | |
| 92. - ISHARES TR MSCI EAFE SMALL CAP INDEX FD | A | Int./Div. | | | Sold | 1/5/12 | J | A | |
| 93. - LOOMIS SAYLES BOND RETAIL SHARES | C | Int./Div. | K | T | | | | | |
| 94. - MERGER FUND | A | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |
| 95. - MERGER FUND | | | | | Buy | 9/6/12 | J | | |
| 96. - OAKMARK INTERNAT'L SMALL CAP I | A | Int./Div. | | | Sold | 12/12/12 | J | C | |
| 97. - PIMCO ALL ASSETS ALL AUTHORITY CL D | B | Int./Div. | J | T | Sold (part) | 8/22/12 | J | A | |
| 98. - PIMCO ALL ASSETS ALL AUTHORITY CL D | | | | | Sold (part) | 8/22/12 | J | A | |
| 99. - PIMCO EMERGING MARKETS CY ADMN CL | A | Int./Div. | J | T | | | | | |
| 100. -POWERSHARES FTSE RAFI US 1000 | A | Int./Div. | J | T | Buy | 12/18/12 | J | | |
| 101. - VANGUARD INTL EQUITY INDEX FD INC FTSE | C | Int./Div. | K | T | Buy | 1/10/12 | J | | |
| 102. - VANGUARD INTL EQUITY INDEX FD INC FTSE | | | | | Sold (part) | 1/5/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisl | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - VANGUARD INTL EQUITY INDEX FDS MSCI | A | Int./Div. | J | T | Sold (part) | 1/5/12 | J | A | |
| 104. - VANGUARD SECTOR INDEX FDS VANGUARD UTILS | B | Int./Div. | J | T | Buy | 3/13/12 | J | | |
| 105. - VANGUARD ALL-WLD EX-US SM CP ET | B | Int./Div. | K | T | Buy | 1/5/12 | J | | |
| 106. - WILLIAM BLAIR INT'L GROWTH | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Cheyenne Regional Medical Center is the local hospital organization. The provision of nursing and care services to patients in their homes is one of the services provided through Cheyenne Regional Medical Center. As part of the concern for the quality of patient care members of the public as well as medical professionals have been placed on an advisory board, which meets periodically.

Young Mens' Literary Club is a small organization (less than 50 including honorary and emeriti) that meets weekly during the fall, winter and spring to discuss current events and review assigned papers. The organization has exsisted for the past 110 years. The Secretary/Treasurer receives nominal dues for rent of the meeting room and keeps meeting minutes that are deposited and preserved in the State Archives.

The American Heritage Center of the University of Wyoming functions as a public trust to collect, preserve and make accessible "a clearly defined set of primary sources and rare books - reflecting the written image, and audio history of Wyoming, the Rocky Mountain region, and selected aspects of the American past." (From mission statement of AHC) Reporting party was invited to serve a 4 year term.

Trust #1 is a trust that was established _____. It contains financial investments listed on schedule VII that I believe are the sole financial interests of the trust. No portion of the trust is derived from my assets, income or activities or those of my spouse. During 2010 I became successor trustee of the trust and have therefore listed on Schedule VII. I am not an income or principal beneficiary of the trust, _____. During the reporting period I did not derive or expect to derive a benefit from the trust.

Trust #2 and Trust #3 were created to implement premarital and estate planning. It is anticipated that additional assets will be placed in the trusts in the future. Trust #2 holds and controls items listed on schedule VII, bank accounts at American National Bank now ANB Bank and Wells Fargo National Bank, Part VII. Trust #3 holds and controls items listed on schedule VII.

Trust #4 is another trust established _____. I am not a trustee or beneficiary of this trust, the assets listed are listed due to the filing of a _____ income tax return in 2012.

Wyoming Deferred Compensation Plan is a program for State Employees to deposit earnings for deferred tax investment. I received reports entitled Wyoming Retirement System 457 Deferred Compensation Plan c/o Great West Retirement. There are various options that an employee may use for investment. In 2010, detailed assets (three mutual funds) were listed in total, however in this report they have been separately listed. Net investment gain is also listed. See following paragraph regarding 2010 changes that will be forthcoming. In 2010 it became incument upon undersigned to take distributions from this plan and pay tax on the income. If all goes as directed, a sum will be withdrawn each year and will be taxed.

_____ reported assets _____ consists of the checking account at American National Bank now ANB Bank.

There were also two small reportable assets that were previously not reported, additional shares in Xcel Energy and an AXA Equitable Life Insurance Policy. The AXA Equitable Life Insurance Company whole life policy has a small cash value, barely over the reportable limit. This policy was originally established approximately thirty years ago when the law firm I was with converted a group term policy into whole life.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alan B. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544